Miles Brott, as Executor, etc., Appellant, v. Auburn and Syracuse Electric Railroad Company, Respondent.— Motion for reargument denied, with ten dollars costs.

In the Matter of Proving the Last Will and Testament of Louisa Williams, Deceased.— Motion granted and appeal dismissed, without costs.

Catherine A. Cowan, Appellant, v. Empire United Railways, Inc., Respondent.— Appeal dismissed, with twenty dollars costs to respondent upon stipulation filed.

In the Matter of Frederick T. Cahill, an Attorney at Law.— Upon reading and filing certified copy of record of conviction of said Frederick T. Cahill of the crime of grand larceny, second degree, on June 7, 1915, by County Court of Oswego county, the name of said Frederick T. Cahill is stricken from the roll of attorneys and counselors at law.

Augusta C. Stafford, Plaintiff, v. Frank B. Stafford, Defendant. Kate Heins, Corespondent, Appellant.— Stay granted until the opening day of September term of this court upon condition that the appellant be ready for argument and argue the appeal upon that day, or as soon as reached.

Gilbert Mautz, Respondent, v. Consolidated Rendering Company and Others, Appellants.—'Judgment affirmed, with costs. All concurred, except Merrell and Foote, JJ., who dissented and voted for reversal as to the Consolidated Rendering Company on the ground that it does not appear that said company was polluting the stream in question at the time the action was commenced.

In the Matter of the Appointment of a Trustee of the Supreme Court Library at Buffalo, to Fill the Vacancy Caused by the Death of William B. Hoyt.— Mr. Charles Diebold, Jr., a lawyer of Buffalo, appointed to fill the vacancy.

---

## THIRD DEPARTMENT, SEPTEMBER, 1915.

In the Matter of the Petition of the CITY OF AMSTERDAM, Respondent, to Widen, Alter and Straighten a Part of Bridge Street, in the City of Amsterdam, N. Y., v. W. N. CARPENTER Co., Appellant.

Appeal from a final order of the Supreme Court in a condemnation proceeding, entered in the Montgomery county clerk's office on the 24th day of November, 1914, disapproving and disaffirming an award of $500 to appellant as owner of the bed of the Mohawk river to the thread of the stream adjacent to the uplands described in the petition and condemned.

PER CURIAM: Practically the same question which is presented by this appeal has been considered and decided by us in *Danes* v. *State of New York* (169 App. Div. 443), and the opinion in that case is being handed down at this time. Therefore, in this matter, the order, so far as appealed from, is reversed on the opinion in *Danes* v. *State of New York* (*supra*). And the award of $500 made by the Commission to the landowner for his rights in the bed of the Mohawk river is reinstated. All concurred, except Smith, P. J., and Lyon, J., dissenting. Order affirmed, with costs.